## HUBBARD v. EPPERSON.

**Practice in the Supreme Court: RECORD: EVIDENCE.** The Supreme Court will not consider whether the evidence sustains the verdict when the bill of exceptions shows that only " the material evidence produced in the cause" is set out therein.

*Appeal from Fremont District Court.*

THURSDAY, APRIL 22.

*L. Lingenfelter*, for appellant.

No appearance for appellee.

BECK, J.—This is an action to recover the value of certain personal property alleged to have been illegally seized and sold by defendant, who was the deputy treasurer of the county, in satisfaction of certain taxes assessed against plaintiff. The cause was tried by the court without a jury, and is brought here for review upon the evidence by plaintiff, against whom judgment was rendered in the District Court. There were

neither findings of facts nor of law by the District Court. The only question raised is that the judgment is not supported by the evidence. The bill of exceptions, as it is presented to us in plaintiff's abstract and printed in full therein, does not purport to set out all the evidence, but simply "all the material evidence produced in the cause." We have repeatedly held that we cannot review the facts of a case unless we have before us all the evidence, and that when the *substance* of the evidence is certified by the trial judge, we cannot disturb the judgment appealed from. *McKenzie v. Kitter*, 27 Iowa, 254; *Burlington Gas Light Co. v. Green, Thomas & Co.*, 21 Iowa, 335.

AFFIRMED.